LEVY et al. v. ZASULY.

(Supreme Court, Appellate Term.   June 22, 1903.)

1. LANDLORD AND TENANT—EVICTION—APPEAL.
    On a verified precept in proceedings by a landlord to recover possession
    and for nonpayment of rents the tenant filed a verified answer admitting
    the hire, but denying the indebtedness, alleging that the landlord had
    failed to carry out conditions; but there was no evidence of the last de-
    fense, and as to the indebtedness the landlord testified for and the tenant
    against it.   Held, that the final order in favor of the landlord would not
    be disturbed on appeal.

Appeal from Municipal Court, Borough of Manhattan, Fifth Dis-
trict.

Action by Max Levy and another against Louis Zasuly.   From a
judgment for plaintiffs, defendant appeals.   Affirmed.

Argued before FREEDMAN, P. J., and GILDERSLEEVE, and
MacLEAN, JJ.

Henry M. Heymann, for appellant.
L. and A. U. Zinke, for respondents.

MacLEAN, J.   Upon the return of a verified precept in proceed-
ings to recover possession of the premises at No. 349 Madison avenue,
and for nonpayment of the rents for the months of March and April
of the current year, the tenant filed a verified answer admitting the
hire, but denying the indebtedness, and alleging that the landlords
had failed to carry out the conditions of the agreement.   Respect-
ing the last defense, no evidence was given.   As to the indebtedness,
the landlords testified in support of the allegations in their petition,
and the defendant in contradiction.   The final order rendered by the
learned justice should not be disturbed.

Final order affirmed, with costs and disbursements.   All concur.